```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERGREEN COMMUNITY POWER LLC    :      CIVIL ACTION
                                 :
            v.                   :
                                 :
RIGGS DISTLER & CO., INC.        :      NO. 10-728
```

ORDER

       AND NOW, this 9th day of April, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Evergreen Community Power LLC to alter and/or amend the judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. #79) is DENIED.

                                         BY THE COURT:

                                         /s/ Harvey Bartle III
                                                                J.