```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERGREEN COMMUNITY POWER LLC    :     CIVIL ACTION
                                 :
          v.                     :
                                 :
RIGGS DISTLER & CO., INC.        :     NO. 10-728
```

ORDER

AND NOW, this 11th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Evergreen Community Power LLC for attorneys' fees, costs, and expenses (Doc. #76) is GRANTED in part and DENIED in part; and

(2) the judgment entered in favor of plaintiff Evergreen Community Power LLC and against defendant Riggs Distler & Co., Inc. (Doc. #75) is amended to include $539,521.15 in attorneys' fees, costs, and expenses in favor of plaintiff Evergreen Community Power LLC and against defendant Riggs Distler & Co., Inc.

BY THE COURT:

/s/ Harvey Bartle III
                                                          J.