```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVERGREEN COMMUNITY POWER LLC    :    CIVIL ACTION
                                 :
          v.                     :
                                 :
RIGGS DISTLER & CO., INC.        :    NO. 10-728
```

ORDER

AND NOW, this 19th day of July, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Riggs Distler & Co., Inc. to stay execution of judgment pursuant to Rule 62 of the Federal Rules of Civil Procedure is DENIED; and

(2) Riggs shall have fifteen days from the date of this Order to file the appropriate supersedeas bond.  In the meantime, no execution of judgment shall take place.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.