IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERGREEN COMMUNITY POWER LLC | : | CIVIL ACTION |
| v. | : | |
| RIGGS DISTLER & CO., INC. | : | NO. 10-728 |

ORDER

      AND NOW, this 31st day of August, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Evergreen Community Power LLC for reconsideration of the Order dated August 1, 2012 (Doc. #108) is DENIED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                            J.